IT IS SO ORDERED.

Dated: 15 January, 2015 12:52 PM



JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 14-10251 |
| | ) | |
| MICHAEL P. NAGLE | ) | CHAPTER 13 PROCEEDING |
| | ) | |
| Debtor. | ) | JUDGE JESSICA E. PRICE SMITH |

**ORDER SUSTAINING OBJECTION TO CLAIM OF TD BANK USA, N.A.**

This matter is before the Court on Debtor's Objection to the Allowance of Court Claim Number 3 of TD Bank USA, N.A. (Doc 66).

The Court finds that Debtor has alleged that good cause exists for sustaining his Objection, that all interested parties have been served with notice of the Objection and the hearing date, that no party filed an objection or otherwise appeared in opposition to the Objection, and it appears appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED THAT Debtor's Objection to the Claim of TD Bank USA, N.A. be and is hereby sustained, and that said claim is disallowed in its entirety.

Submitted by:


/s/ Charles J. Van Ness
Charles J. Van Ness (0047365)
Attorney for Debtor
6181 Mayfield Road, Suite 104
Mayfield Heights, OH  44124
(440) 461-4433



Please serve the following parties:

Craig Shopneck (via ECF)
Chapter 13 Trustee
ch13shopneck@ch13cleve.com

TD Bank USA, N.A.
c/o Weinstein, Pinson and Riley, PS
2001 Western Avenue, Suite 400
Seattle, WA 98121


### #